United States Bankruptcy Court for the:

Western District of Pennsylvania

Case number (*If known*): _____  Chapter __11__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**  Seba Abode Inc.

2. **All other names debtor used in the last 8 years**  Brightstar Care

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number** (EIN)   27-3016612

4. **Debtor's address**

   **Principal place of business**
   400 Mount Lebanon Blvd.
   Number    Street

   Pittsburgh    PA    15234
   City          State  ZIP Code

   Allegheny County
   County

   **Mailing address, if different from principal place of business**
   Number    Street

   P.O. Box

   City    State    ZIP Code

   **Location of principal assets, if different from principal place of business**
   Number    Street

   City    State    ZIP Code

5. **Debtor's website** (URL)  _____

6. **Type of debtor**
   ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Debtor  Seba Abode Inc.
      Name

Case number (if known) _____

**7. Describe debtor's business**

A. *Check one:*
- ☑ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☐ None of the above

B. *Check all that apply:*
- ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .

621610

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11. *Check all that apply:*
  - ☑ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
  - ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ☑ No
- ☐ Yes.  District _____  When ____/____/____ (MM/DD/YYYY)  Case number _____
         District _____  When ____/____/____ (MM/DD/YYYY)  Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

- ☑ No
- ☐ Yes.  Debtor _____  Relationship _____
         District _____  When ____/____/____ (MM/DD/YYYY)
         Case number, if known _____

Debtor __Seba Abode Inc._____   Case number (*if known*)_____
      Name

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
     Number    Street

_____

_____   _____   _____
City                                                                                                    State        ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____

    Contact name _____

    Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☑ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

Debtor  Seba Abode Inc.
_____
Name

Case number (*if known*)_____

| | | | |
|---|---|---|---|
| **16. Estimated liabilities** | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☒ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  04/18/2025
            MM / DD / YYYY

✘ /s/ Ranjana Roy                             Ranjana Roy
Signature of authorized representative of debtor    Printed name

Title  President

**18. Signature of attorney**

✘ /s/ David Fuchs                             Date  04/18/2025
Signature of attorney for debtor                    MM / DD / YYYY

David Fuchs
Printed name
Fuchs Law Office, LLC
Firm name
554 Washington Avenue
Number    Street
Carnegie                                      PA        15106
City                                          State     ZIP Code

4122235404                                    dfuchs@fuchslawoffice.com
Contact phone                                 Email address

205694                                        PA
Bar number                                    State

Official Form 201            Voluntary Petition for Non-Individuals Filing for Bankruptcy            page **4**

BrightStar Care
1125 Tri-State Parkway
Suite 700
Gurnee, IL 60031

Capital One
PO Box 71087
Charlotte, NC 28272

Comtra Center Properties, LLC
PO Box 2457
Cranberry Twp, PA 16066

Feinstein Doyle Payne & Kravec, LLC
429 Fourth AVe.
Pittsburgh, PA 15219

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Jonnet Real Estate Management Inc.
4099 William Penn Highway
Suite 905
Monroeville, PA 15146

Jubelirer, Pass & Intrieri, P.C.
219 Fort Pitt Blvd.
Pittsburgh, PA 15222

Kweilin Woffard
c/o Feinstein Doyle Payne & Kravec LLC
429 Fourth Ave., Suite 1300
Pittsburgh, PA 15219

Littler Mendelson PC
625 Liberty Ave.
Suite 2600
Pittsburgh, PA 15222

Littler Mendelson, PC
PO Box 207137
Dallas, TX 75320

Meyers Management Group Inc.
300 Mt. Lebanon Blvd.
Suite 200A
Pittsburgh, PA 15234

Neeta Sheth
14 Pentwater Dr.
Barrington
IL 60010

Nicki Odell
1620 Orchlee St.
Pittsburgh, PA 15212

Ranjana Roy
810 Prism Pl
107
Coraopolis
PA 15108

Renaissance Centre
1001 State St.
Erie, PA 16501

Stericycle, Inc.
28883 Network Place
Chicago, IL 60673

Strassburger McKenna Gutnick & Gefsky
444 Liberty Ave
Pittsburgh, PA 15222

Tara Sears
3023 Viola St.
Pittsburgh, PA 15214

Vishal Sheth
14 Pentwater Dr.
Barrington
IL 60010

United States Bankruptcy Court
Western District of Pennsylvania

In re: Seba Abode Inc.

Debtor(s)

Case No.

Chapter  11

## Verification of Creditor Matrix

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: 04/18/2025

/s/ Ranjana Roy
Signature of Individual signing on behalf of debtor

President
Position or relationship to debtor